UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 23-24065-CIV-MARTINEZ

RICHARD SANCRUZADO,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

AMSCOT CORPORATION d/b/a
AMSCOT AND AMSCOT FINANCIAL,

    Defendant.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

**THIS CAUSE** came before the Court *sua sponte*. Proof of service on Defendant has been filed on the record indicating that Defendant was served with process and that the deadline to respond to the Complaint was **November 28, 2023**. (ECF No. 4). This Court granted Defendant two extensions of time, first extending the response deadline to **December 28, 2023**, (ECF No. 7), and then further extending to **January 29, 2024**, (ECF No. 9). To date, Defendant has failed to answer or otherwise respond to the Complaint. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court shall file an Entry of Default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.
2. Plaintiff shall immediately send a copy of this Order to Defendant and file with the Clerk certification of service.
3. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30th day of January 2024.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record